**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.**

**Dated: January 12, 2011**

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**


TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant


10-14472

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Shawntel L. Roberts<br>Debtor. | No. 2:09-bk-02700-RJH<br><br>Chapter 13<br><br>O R D E R |
| Wells Fargo Bank, N.A.<br><br>Movant,<br>vs.<br><br>Shawntel L. Roberts,Debtor; Russell A. Brown,Trustee.<br><br>Respondents. | (Relating to docket #54) |

IT IS HEREBY ORDERED that Movant's Amended Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.